UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA,                    ORDER

    -against-                              11 CR 0027 (ENV)

ROBERT MORENO

        Defendant.

- - - - - - - - - - - - - - - -X

        It is HEREBY ORDERED that the conditions of release of the defendant ROBERT MORENO, as set forth in the Order Setting Conditions of Release and Bond dated January 20, 2011, be modified to restrict MORENO from entering the Ironbound section of Newark, New Jersey, defined geographically as follows: east of McCarter Highway, west of Doremus Avenue, south of Raymond Boulevard, and north of U.S. Route 1/9, without the Court's permission.

        It is further ORDERED that the conditions of release of MORENO, as set forth in the Order Setting Conditions of Release and Bond dated January 20, 2011, be modified to allow MORENO to travel to Pennsylvania, but not to Virginia.

Dated:    Brooklyn, New York
           September 14, 2011

                              SO ORDERED:    s/ENV

                              _____
                              THE HONORABLE ERIC N. VITALIANO
                              United States District Judge
                              Eastern District of New York